rari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Joseph M. Proskauer* and *Wilbur H. Friedman* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key, F. E. Youngman* and *Richard H. Demuth* for respondent.

No. 556. ANGLO CALIFORNIA NATIONAL BANK ET AL. *v.* LAZARD ET AL. January 2, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. T. B. Cosgrove* and *John N. Cramer* for petitioners. *Messrs. Byron C. Hanna* and *Harold C. Morton* for respondents.

No. 565. DEAN RUBBER MANUFACTURING CO. ET AL. *v.* KILLIAN, TRUSTEE. January 2, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Arthur C. Brown* for petitioners. *Messrs. F. O. Richey* and *B. D. Watts* for respondent.

No. 554. BROWN ET UX. *v.* MAGRUDER, U. S. COLLECTOR OF INTERNAL REVENUE. January 2, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Thos. F. Cadwalader* for petitioners. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum, Berryman Green,* and *Richard H. Demuth* for respondent.

No. 560. PUBLICKER *v.* SHALLCROSS ET AL. January 2, 1940. Petition for writ of certiorari to the Circuit Court

of Appeals for the Third Circuit denied. *Mr. Harry Shapiro* for petitioner. *Mr. Gordon A. Block* for respondents.

No. 566. GREAT ATLANTIC & PACIFIC TEA Co. *v.* FEDERAL TRADE COMMISSION. January 2, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Caruthers Ewing* for petitioner. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Messrs. James C. Wilson, Robert K. McConnaughey, Wilber Stammler, W. T. Kelley,* and *Joseph J. Smith, Jr.* for respondent.

No. 568. MERRICK ET AL. *v.* AMERICAN SECURITY & TRUST Co. January 2, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Richard L. Merrick, Leo A. Rover,* and *William J. Rowan* for petitioners. *Messrs. Frederic D. McKenney, John S. Flannery, G. Bowdoin Craighill,* and *John E. Larson* for respondent.

Nos. 575 and 576. JOHNSON *v.* COMMISSIONER OF INTERNAL REVENUE. January 2, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Justin D. Bowersock* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum* and *Miss Louise Foster* for respondent.

No. 610. SANDERS *v.* ALDREDGE, SHERIFF. January 8, 1940. Petition for writ of certiorari to the Supreme Court of Georgia, and motion for leave to proceed further *in*